# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-529

**Effective Date of Registration:**
December 10, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Honey Bee |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | April 20, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | George Howard Nixon Jr. |
| **Pseudonym:** | Sunny SolWind |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | George Howard Nixon Jr.<br>13150 Nebraska Way, Yucaipa, CA, 92399, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | George Howard Nixon Jr. |
| **Email:** | solwind1008@gmail.com |
| **Address:** | 13150 Nebraska Way<br>Yucaipa, CA 92399 United States |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

